Ladies and gentlemen, let's retire to the podium and welcome you all once more. This is our main morning synchronous holding. Good morning United States of Florida. This is the road on which the JQ architectural team commodities on Paterson keep the customizable ınınjes on confectionery deputy school embassy. The assuming thedies of the school. Vibrant little poor, immigrant youths, disabled, aspects of immigrant nations of Ecuador, од and school independent. It is my belief that we have been in the record on that question for a long time. But first, we have to bring the following people to background. Many of the items on this slide are the most obvious examples of teacher support. It is helpful to provide a brief overview of the event. I would like to point out the specific pieces of evidence which support fair elimination and how to read the whole story. I would also like to point out the fact that the school is in front, so it is difficult to see what is going on. So I would like to point out the fact that in 2009, the educational education authority of the school body shut down a large American traffic. Thereafter, an emergency room doctor prescribed emergency medication for him and he was diagnosed with a seizure disorder. Two months later, the defendant still continued the traditional educational education without providing any medical justification for doing so and without providing any alternative treatment. Thereafter, not surprisingly, the traditional education suffered from additional teacher activity and the non-defensive doctor reimbursed him on education. So I think it is important here, and this is important as it overlaps or can be disregarded, is that each of the defendants, both before the decision to discontinue educational education as well as after, have acknowledged that Mr. Batchelor had a child with a seizure disorder. We see that in the notes of defendant Brendan Hoover on April 18th when Mr. Batchelor left the emergency room and went into the correctional treatment center. She said she had a seizure disorder. She said she did not have a normal seizure. We see right there on April 23rd when the MARA committee denied neurology compensation to the emergency room teacher to show their appreciation. And the defendant, Brittany Batchelor, who was at the patient, had had a recent seizure, making the diagnosis of a seizure disorder possible. And then on April 30th, we see the conclusion that she's been with Dr. Batchelor and she has allergic reactions to her patient's medication. She confirms that, in fact, there's a cancer-defining medication and she says that she had a seizure disorder. And she even notes that, and states that, at the Singapore episode, and that's not the person, that actually could be her. Now, all the way up to September of 2009, when a decision was made to discontinue the emergency medication, the record was lost and Dr. Batchelor filed a seizure disorder and sentenced to two years. At some point, the Singapore office of education did not have the necessary resources. There's no evidence on record supporting the discontinuation of an effective medication for a chronic condition in a very serious condition that we want to prevent. And then, 30 people were found with a seizure disorder and both of their families were found to be healthy. So, that's important to understand. Dr. Batchelor's condition has improved. I just think it's very likely that Dr. Batchelor will continue to be a cancer-defining medication for the rest of his life. But what's even more important is that Dr. Batchelor was told to defend his claim. He no longer had a seizure disorder. He was a patient of a patient who was secondary. He was not a purpose doctor. He didn't say that the number of hospital visits would affect all of his patients. He had a seizure disorder. Dr. Batchelor's medication is discontinued. And more so, Dr. Batchelor's medication is continued. With no alternative treatment provided, we see, for example, the kind of fail when students are using stress tools to try to explain to others what the consequences are. If she doesn't, if she doesn't have a seizure disorder, Dr. Batchelor should know that there are going to be other things around that seizure activity. And she shouldn't go through it and say, take your mask off and put it on the floor in order to minimize seizure. So that right there, which is something that from the teacher's point of view, I think is essentially the possibility that a reasonable jury could look at and say, if anyone has a seizure disorder, it's different. We know she has a seizure disorder. We know that this is an individual who is intelligent, who understands and is all confident that there's no need to protect herself. And so I think absolutely we should all understand that it's not a great thing to do. It's certainly not a good thing to do if there's a seizure in which the participant is also more than likely to be kind of suffering from psychotic pain from congenital illness and other comorbidities. So the person should be able to manage the pain and when they're in a different state of maintaining control and being , they should me that medication without not having possibly a clinical case and that  patient is not being cared for. And that is a critical issue that we have to address. And that's why we are working with the Department  Health  address this  And we are working with the Department of Health to address this issue. And we are working with the  of Health to   issue. And  are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department   to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of  to address this   we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And      of Health to address this issue. And we are working with the Department of Health to address this issue. And we          issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department       And   working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue.   are working with the Department   to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to  this issue. And we are working  Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we  working with the Department of  to  this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And  are        this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And are working with the Department of Health to address this issue. And are working with the Department of Health to address this issue.           this issue. And we are working with the Department of Health to address this issue. And are working with the Department    address  issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue.        Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And   working with the Department of Health to address this issue. And we are working with the Department of Health to address this   we are working with the Department  Health to address this issue. And we are working with the Department of Health to address this issue. And we are working     to  this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the  of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department   to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health      we   Department of Health to address this issue. And we are working with the Department of Health to address this issue.  we are  with the Department of Health to  this issue. And we are working with the Department of Health to address this issue. And we are working with the Department  Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And  are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the  of Health to address this issue. And we are working with the Department of Health to address this issue. And we are  with the Department  Health  address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department   to address this issue. And we are  with the Department of Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department  Health to address this issue. And we are working with the Department of Health to address this issue. And we are working with the Department of Health  address this issue. And  are working with the Department of Health to address this issue. And we are working with the Department of Health           of Health to address this issue. And we are working with the Department of Health to address this issue. And
judges: Sack, McKeown, Friedland